United States District Court
Southern District of Texas
**ENTERED**
March 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| EMILIO ESPARZA, | § |
| Plaintiff, | § § § |
| VS. | § § |
| ANTHONY J. BLINKEN, U.S. Secretary of State | §  CIVIL ACTION NO. 7:23-cv-00168 § § |
| Defendants. | § § § |

## **FINAL JUDGMENT**

Having previously determined that Emilio Esparza failed to prove his United States citizenship by a preponderance of the evidence, the Court hereby **DECLARES** that his claim of United States citizenship is hereby **DENIED.**

As all matters in controversy in this case have now been resolved, the Court hereby renders final judgment in accordance with Federal Rule of Civil Procedure 54 in favor of Defendant United States Government. The Clerk of Court is instructed to close this case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 18th of March, 2025.

                                             _____
                                             Micaela Alvarez
                                             Senior United States District Judge